No. 75–1240. RODRIGUEZ ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari.

No. 75–1270. ASSOCIATED DRY GOODS CORP. *v.* COMMISSIONER OF TAXATION OF MINNESOTA. Sup. Ct. Minn. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.